AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**ALONSEZA L. BELT    REX T. PELOTE**

**CASE NUMBER:**

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 7, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, *(Track Statutory Language of Offense)*

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __DETECTIVE LAVINIA QUIGLEY__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**DETECTIVE LAVINIA QUIGLEY**
**SAFE STREETS TASK FORCE**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                              City and State

_____       _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

**STATEMENT OF FACTS**

On Monday, April 7, 2008 at 2215 hours, members of the United States Park Police were notified by members of the Federal Bureau of Investigations/Metropolitan Police Department Safe Streets Task Force that the task force had obtained information concerning a vehicle transporting heroin from Maryland to the District of Columbia. The vehicle involved in the transportation of the heroin was described as a blue colored Dodge Durango, bearing District of Columbia registration CZ 3401. The blue Dodge Durango was observed entering the District of Columbia and was stopped on the west bound lane of New York Ave., east of Bladensburg Ave. in Washington, D.C. A search of the vehicle yielded a plastic sandwich bag knotted at the top that contained a brownish colored powder substance from the floor directly under the front passenger's seat. A portion of the suspected narcotics was later field tested and indicated a positive color reaction for the presence of opiates and weighed approximately 100 grams with the packaging. The front seat passenger, identified as REX PELOTE Sr. and the driver of the vehicle, identified as ALONSEZA LORETTA BELT, were placed under arrest and transported to the U.S. Park Police Anacostia Station and processed. A search incident to arrest revealed a small scale that was found on PELOTE's person.

At the U.S. Park Police Station, BELT was advised of her Miranda rights and agreed to waive those rights. BELT provided law enforcement with an oral statement. BELT stated that earlier in the day, PELOTE had requested a ride to a mall in Anne Arundel county so that he could pick up clothes and "handle his business." BELT admitted that she knew that "handle his business" meant that PELOTE was going to obtain narcotics. BELT admitted that she drove the blue Durango to the Arundel Mills mall in Anne Arundel County, Md. where PELOTE met with an unknown black male inside the Durango. BELT admitted that the two men discussed the price of the narcotics and that she heard that the amount owed was $9000. PELOTE was advised of his Miranda Rights and agreed to waive those rights. PELOTE told law enforcement that he wanted to talk and that the girl (BELT) had nothing to do with it. He said he gave a person he called SHADOW $4000 and SHADOW arranged the deal. PELOTE said he was driven to Maryland where he met a guy. This person placed a bag on the passenger side of the floorboard at PELOTE'S feet and that he PELOTE then tied the bag. He claimed that he did not weigh the bag and that they argued about the amount of money to be paid for the narcotics.

Based on my experience and training, it is my opinion that the quantity of the suspected narcotics was purchased for further distribution and not for personal consumption.

---

DETECTIVE LAVINIA QUIGLEY
FBI/MPD SAFE STREETS TASK FORCE MEMBER

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF APRIL, 2008.

---

U.S. MAGISTRATE JUDGE